UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                      CR. No. S-03-174 DFL

SUSAN RENEE CHAPPLE,

        Defendant.
_____/

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                      CR. No. S-05-334 EJG

SUSAN RENEE CHAPPLE,        <u>RELATED CASE ORDER</u>

        Defendant.
_____/

    Examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 83-123, (E.D. Cal. 2005).

    The parties should be aware that relating the cases under Local

Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CR. NO. 05-334 EJG is reassigned to Judge David F. Levi for all further proceedings. Henceforth the caption on all documents filed in the reassigned case shall be shown as CR. NO. 05-334 DFL.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

DATED: 8/23/2005

_____
DAVID F. LEVI
United States District Judge