```
DENNIS S. WAKS, #142581
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SUSAN RENEE CHAPPLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-05-0334 DFL |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **ORDER REGARDING OBJECTION TO** |
| v. | ) | **PRESENTENCE REPORT (PROPOSED)** |
|  | ) |  |
| SUSAN RENEE CHAPPLE, | ) |  |
|  | ) |  |
| Defendant. | ) | Judge: Hon. David F. Levi |
|  | ) |  |
| _____ | ) |  |

This order memorializes the Court's ruling on defendant's objection to paragraph 59 of the presentence report.

Defendant objected that she should not be assessed a criminal history point for a case in San Joaquin County because the case is related to the case for which she was sentenced in this Court. The probation officer recommended that the objection be sustained and, at the sentencing hearing on January 12, 2006, the Court agreed.

Accordingly, the final presentence report is corrected to eliminate the point assessed at paragraph 59. The subtotal of points based on

convictions is 7 rather than 8 (¶ 61) and the total criminal history points is 10 (¶ 64). As counsel has noted, the criminal history category and guideline ranges remain unchanged.

Dated: January 13, 2006

                         /s/ David F. Levi
                         DAVID F. LEVI
                         United States District Judge

Chapple -- Order re objection    -1-